```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    REBECCA A. KELLY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorneys for Defendant
 7  KIMBERLY TISHAN TIMMONS

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )  2:11-CR-00443-KJN
                                  )
12             Plaintiff,         )
                                  )  STIPULATION AND ORDER TO VACATE
13       v.                       )  THE CHANGE OF PLEA AND SET FOR A
                                  )  STATUS HEARING
14  KIMBERLY TISHAN TIMMONS,      )
                                  )
15             Defendant.         )  Date:  November 21, 2012
                                  )  Time:  9:00 a.m.
16  _____)  Judge: Hon. Kendall J. Newman
```

17      The United States Attorney through his respective counsel,
18 JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA
19 C. HARTER, Attorney for KIMBERLY TISHAN TIMMONS, and Certified Student
20 Attorney, REBECCA A. KELLY, hereby stipulate to vacate the change of
21 plea hearing set for September 12, 2012 at 9:00 a.m. and set for a
22 status hearing on November 21, 2012 at 9:00 a.m.

23      Defense counsel needs additional time to prepare as REBECCA A.
24 KELLY was recently assigned to the case.  Due to attorneys leaving
25 their positions with the Office of the Federal Defender and the United
26 States Attorney's Office, this case has been assigned to three U.S.
27 Attorneys and two certified law students.  The co-defendant's case

recently resolved with an agreement for deferred entry of judgment. Defense counsel would like additional time to come to a resolution for Ms. Timmons and additional time is needed to investigate mitigation issues regarding this resolution.

Time is to be excluded from September 12, 2012 through November 21, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties jointly request that a status hearing be scheduled for November 21, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Dated: September 11, 2012        Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ Linda C. Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for KIMBERLY TISHAN TIMMONS

                                 /s/ Rebecca A. Kelly
                                 REBECCA A. KELLY
                                 Certified Student Attorney

Dated: September 11, 2012        BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Jeffrey A. Spivak
                                 JEFFREY A. SPIVAK
                                 Special Assistant U.S. Attorney

<u>O R D E R</u>

**IT IS SO ORDERED.**

DATED:  September 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE