```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00443-KJN |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER LOCAL CODE T4 |
| v. | |
| TOMMIE JOHN WOODS, III, AND KIMBERLY TISHAN TIMMONS, | Date:  November 21, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendants. | |

The United States Attorney through its respective counsel, David Petersen, Special Assistant United States Attorney, and Defendant, KIMBERLY TISHAN TIMMONS, through her respective counsel, Rachelle Barbour, hereby stipulate and request to continue the Status Conference from November 21, 2012, at 9:00 am, to January 23, 2013, at 9:00 a.m.

Defendant Timmons is attempting to work out a plea agreement with the United States. The defense needs additional time to prepare its case and to conduct further conversations with the government.

Accordingly, the parties jointly request to exclude time under Local Code T4, from today's date until the status conference on January

//

//

23, 2013, with a finding that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 16, 2012
BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

DATED: November 16, 2012
 /s/ Rachelle Barbour
RACHELLE BARBOUR
Chief Assistant Federal Defender
Attorney for Defendant
(authorized on 11/16/2012)

## O R D E R

IT IS SO ORDERED that time is excluded pursuant to Local Code T4 and the status conference is continued to January 23, 2013, at 9:00 a.m. However, the parties are cautioned that the court is not inclined to grant any further continuances absent extraordinary good cause.

DATED:  November 16, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE